DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JONATHAN SCOTT RAMSEY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-3303

_____

November 17, 2023

Appeal from the Circuit Court for Manatee County; Lon S. Arend, Judge.

Peter Lombardo of Law Office of Peter Lombardo, Bradenton, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Allison C. Heim, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

    Affirmed.

NORTHCUTT, MORRIS, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.